## Commonwealth ex rel. Fisher, Appellant, *v.* Russell.

Submitted March 21, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Fred Fisher,* appellant, in propria persona.

*Warren R. Yocum, Jr.,* District Attorney, for appellee.

OPINION PER CURIAM, April 12, 1962:

The order of the court below dismissing petition for writ of habeas corpus is affirmed on the opinion of President Judge HIMES of the Court of Common Pleas of Huntingdon County, as reported in 26 Pa. D. & C. 2d 504.